**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2002**

———————

WILLIE WILLIAMS,

                    Plaintiff – Appellant,

        v.

AAMRA AHMED, Ms.; NEIL MACBRIDE, Mr.,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:14-cv-00880-TSE-JFA)

———————

Submitted: December 16, 2014      Decided: December 18, 2014

———————

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Willie Brian Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Brian Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Williams v. Ahmed, No. 1:14-cv-00880-TSE-JFA (E.D. Va. July 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED